UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE L. MITCHELL-BETTINE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. C12-5279-RAJ <br><br> ORDER OF REMAND |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (Dkt. # 15).  The court notes that no one has objected to the Report and Recommendation.  The court orders as follows:

(1)   The Court adopts the Report and Recommendation (Dkt. # 15);

(2)   The Court REMANDS this matter for further administrative proceedings; and

(3)   The clerk shall enter judgment for Plaintiff and give notice of this order to Judge Theiler.

DATED this 12th day of February, 2013.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF REMAND
PAGE -1