UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE L. MITCHELL-BETTINE, ) | |
| ) | CASE NO. C12-5279-RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF REMAND |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (Dkt. # 15).   The court notes that no one has objected to the Report and Recommendation.   The court orders as follows:

(1)   The Court adopts the Report and Recommendation (Dkt. # 15);

(2)   The Court REMANDS this matter for further administrative proceedings; and

(3)   The clerk shall enter judgment for Plaintiff and give notice of this order to Judge Theiler.

DATED this 12th day of February, 2013.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF REMAND
PAGE -1